**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RALPHRYAN MERCY PIOL,

      Defendant.

_____/

Case No. 3-06-70022 JCS

**INITIAL ORDER FOR
REIMBURSEMENT OF  COST OF
COURT-APPOINTED COUNSEL**

**Ralphryan Mercy Piol**, is a defendant in this criminal matter.  The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant has sufficient assets to make partial payment for the representation.

It is therefore ORDERED that a hearing be conducted at the conclusion of this case to determine whether defendant shall reimburse the United States District Court or the Northern District of California for all or parts of the cost of the court-appointed counsel herein.

IT IS SO ORDERED.

Dated: January 17, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge