UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RALPHRYAN MERCY PIOL,<br>    a/k/a<br>    Rodolfo Awa Piol,<br><br>    Defendant. | No. 3 - 06 -70022 JCS<br><br>[~~PROPOSED~~] ORDER REGARDING<br>DETENTION – 18 U.S.C. §§ 3141, 3142<br><br>SAN FRANCISCO VENUE |

    The above-entitled matter came on for a detention hearing of defendant Ralphryan Mercy PIOL a/k/a Rodolfo Awa Piol ("PIOL") on Friday, January 20, 2006, before the Honorable Joseph C. Spero, United States Magistrate for the Northern District of California, with appearances by Timothy Lucey, Assistant United States Attorney, for the Plaintiff, and Daniel Blank, Assistant Federal Public Defender, for the Defendant.

    Oral argument having been made by both parties along with a written report from Pre-Trial Services, the Court ruled as follows:

    The Court considered all of the information, evidence, and argument presented by counsel

[~~PROPOSED~~] ORDER REGARDING DETENTION

for the government as well as counsel for the defendant Piol, pursuant to 18 U.S.C. § 3142(g).

The Court, after considering all such information, evidence, and argument, finds by preponderance of the evidence, that no condition or combination of conditions for the release of defendant PIOL will reasonably assure his appearance as required, such that the Court finds that the defendant presents a serious risk of flight, based, in particular, on the following available information:

- Defendant PIOL has no ties to this District and has been unemployed since 2003;
- Defendant PIOL has been residing in the country of the Philippines for the past six (6) months, and furthermore, that he ~~may have~~ JCS misled Pre-Trial Services about this fact during the course of his recent interview with Pre-Trial Services in connection with this hearing; and,
- The nature and circumstances of the offense charged, 18 U.S.C. § 911, and supported by probable cause, charges that defendant had falsely presented himself as a United States citizen when he had previously relinquished his United States citizenship at least ten (10) years earlier, and specifically that he had attempted to enter the country at San Francisco International Airport on or about January 16, 2006, by using a United States citizen passport at the "customs line" reserved for United States citizens and, when confronted by agents about his status, stating that he was a United States citizen.

ACCORDINGLY, THE COURT HEREBY ORDERS THAT the defendant PIOL be detained in custody.

The Court further orders and directs, pursuant to 18 U.S.C. § 3141(i): that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with his counsel; and, that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the person is confined deliver the person to a United States Marshall for the purpose of an

[~~PROPOSED~~] ORDER REGARDING DETENTION

1 | appearance in connection with a court proceeding.
2 |     Defendant is ordered to appear before the Honorable Joseph C. Spero of this Court on
3 | January 31, 2006, at 9:30 a.m., for the Preliminary Hearing and/or Arraignment.

IT IS SO ORDERED.

DATED: __January 30__, 2006

HON. JOSEPH C. SPERO
United States Magistrate

[~~PROPOSED~~] ORDER REGARDING DETENTION