KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6838
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-06-70022 JCS |
|    Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 |
|    v. ) | |
| RALPHRYAN MERCY PIOL, ) aka Rodolfo Awa Piol, ) | |
|    Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties initially appeared on the instant matter January 17, 2006 for defendant's initial appearance on the complaint, and thereafter appeared on January 20, 2006 for defendant's detention hearing. On January 20, 2006, the matter was continued until January 31, 2006 for arraignment/preliminary hearing. On January 31, 2006, the arraignment was continued to February 7, 2006.

   2. On January 31, 2006, Assistant Federal Public Defender Daniel Blank, who represents the defendant, requested an extension of time from January 31, 2006 to February 7, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d). The parties agree

STIPULATION AND PROPOSED ORDER     1
3-06-70022 JCS

1  that the time from January 31, 2006 to February 7, 2006 should be extended under Rule 5.1(d).

2      3. In light of the foregoing facts, the failure to grant the requested extension would
3  unreasonably deny counsel for the defense the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence. The ends of justice would be
5  served by the Court extending the proposed time period. These ends outweigh the best interest of
6  the public and the defendant in a timely arraignment and a speedy trial.

7      4. For the reasons stated, the time period from January 31, 2006 through February 7,
8  2006 is extended under Rule 5.1(d).

10     IT IS SO STIPULATED.

12 DATED: _____                            Respectfully Submitted,

14                                                     _____/S/_____
                                                      NAHLA RAJAN
15                                                       Special Assistant United States Attorney

17 DATED: _____                            _____/S/_____
                                                      DANIEL BLANK
18                                                      Counsel for Ralphryan Mercy Piol

19     PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 DATED: February 3, 2006 _____
22                                                   HONORABLE JOSEPH C. SPERO
                                                  United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER     2
3-06-70022 JCS