KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6838

Attorneys for Plaintiff

**FILED**

FEB 0 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION 70022

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RALPHRYAN MERCY PIOL, <br> aka Rodolfo Awa Piol, <br> Defendant. | No. 3-06-~~7022~~ JCS <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

DATED:

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/S/_____
JONATHAN SCHMIDT
Deputy Chief, Major Crimes Division

NOTICE OF DISMISSAL (3-06-70222)

Leave is granted to the government to dismiss the complaint.

Date: 2-7-06

Maria-Elena James
United States Magistrate Judge

2